■ AIR TRAFFIC CONFERENCE OF AMERICA, a Division of AIR TRANSPORT ASSOCIATION OF AMERICA, Respondent, v MAYSEASON TRAVEL INC. et al., Respondents, and MAY K. LUK et al., Appellants. — Resettled judgment,

Supreme Court, New York County (Bowman, J.), entered on October 7, 1981, unanimously affirmed. Respondents shall recover of appellants one bill of $75 costs and disbursements of this appeal. No opinion. Concur — Kupferman, J. P., Carro, Asch, Milonas and Alexander, JJ.